UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00278-JPH-TAB |
| | ) | |
| JOSE GARCIA, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and

all findings therein, dkt. [181].  The Court now **ORDERS** that Jose Garcia

violated the conditions as admitted in the petition at dkt. [167] and is

**RELEASED** and shall return to his prior conditions of supervised release as

previously ordered.  Pursuant to Courtroom Minutes for May 8, 2026, dkt. 180,

violation numbers 1 and 2 are **DISMISSED**. Dkt. [163].

The prior modifications of supervised release are imposed, dkt. 162:

1. You shall participate in a mental health treatment program, as
   approved by the probation officer, and abide by the rules and
   regulations of that program. The probation officer, in consultation
   with the treatment provider, shall supervise participation in the
   program (provider, location, modality, duration, intensity, etc.). You
   shall take all mental health medications that are prescribed by your
   treating physician. The Court authorizes the release of the

1

presentence report and available evaluations to the treatment provider, as approved by the probation officer.

2. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The Court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

**SO ORDERED.**

Date: 5/14/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C

2